In the Matter of the Claim of MICHAEL KREVAC, Respondent, against 310 EAST 55TH STREET, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 8, 1941; decided November 19, 1941.

*Leonard J. Lindenbaum* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.